UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## UNITED STATES v. MESSIAH ARRINGTON; SBI: 448460E

----------------------------------------------------------------------------------------

### PETITION FOR
### WRIT OF HABEAS CORPUS

1. Messiah Arrington is now confined at Essex County Correctional Facility, 354 Doremus Ave, Newark, NJ 07105.

2. Said individual will be required at NEWARK, New Jersey, before the Hon. Susan D. Wigenton, United States District Judge, on Wednesday, January 16, at 12:00 p.m., for an Arraignment.

A Writ of Habeas Corpus should be issued for that purpose.

DATED: January 11, 2019

_____
DESIREE GRACE LATZER
ASSISTANT U.S. ATTORNEY

----------------------------------------------------------------------------------------

|                          | **ORDER**                                           |
|--------------------------|-----------------------------------------------------|
| Let the Writ Issue.      |                                                     |
| DATED: January 11, 2019  | _____                    |
|                          | HON. SUSAN D. WIGENTON                              |
|                          | UNITED STATES DISTRICT JUDGE                        |

----------------------------------------------------------------------------------------

### WRIT OF HABEAS CORPUS

The United States of America to the Essex County Correctional Facility, Newark, New Jersey

WE COMMAND YOU that you have the body of

### MESSIAH ARRINGTON

now confined at the Essex County Correctional Facility, Newark, New Jersey, be brought before the United States District Court, the Hon. Susan D. Wigenton, Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on Wednesday, January 16, 2019 at 12:00 p.m., so that he may appear for an **ARRAIGNMENT** in the above-captioned matter.

WITNESS the Honorable Susan D. Wigenton
            United States District Judge
            Newark, New Jersey

DATED:   1/11/19

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk