UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. MESSIAH ARRINGTON; SBI: 448460E**

---

**PETITION FOR
WRIT OF HABEAS CORPUS**

1. Messiah Arrington is now confined at Essex County Correctional Facility, 354 Doremus Ave, Newark, NJ 07105.
2. Said individual will be required at NEWARK, New Jersey, before the Hon. Susan D. Wigenton, United States District Judge, on Wednesday, March 20, at 3:00 p.m., for a Plea Hearing.

A Writ of Habeas Corpus should be issued for that purpose.

DATED: March 6, 2019

_____
DESIREE GRACE LATZER
ASSISTANT U.S. ATTORNEY

---

**ORDER**

Let the Writ Issue.

DATED: March 7, 2019

_____
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

---

**WRIT OF HABEAS CORPUS**

The United States of America to the Essex County Correctional Facility, Newark, New Jersey

WE COMMAND YOU that you have the body of

**MESSIAH ARRINGTON**

now confined at the Essex County Correctional Facility, Newark, New Jersey, be brought before the United States District Court, the Hon. Susan D. Wigenton, Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on Wednesday, March 20, 2019 at 3:00 p.m., so that he may appear for a **PLEA HEARING** in the above-captioned matter.

WITNESS the Honorable Susan D. Wigenton
        United States District Judge
        Newark, New Jersey

DATED: 3/7/19

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey
Per: _____
Deputy Clerk