PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Messiah Arrington	Cr.: 18-00734-001
	PACTS #: 5761323

Name of Sentencing Judicial Officer:	THE HONORABLE SUSAN D. WIGENTON
	UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/25/2019

Original Offense:  Unlawful Transport of Firearms - Etc., 18 U.S.C., Section 922(g)(1)

Original Sentence: 36 Months imprisonment, 36 Months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Gang Associate/Member, Gang Restriction Court Ordered, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Other Condition, Support Dependents, Forfeiture

Type of Supervision: Supervised Release	Date Supervision Commenced: 09/03/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the Court.'**

During an initial home contact with Arrington on September 8, 2021, he admitted to using marijuana on September 7, 2021.

2 | The offender has violated the standard supervision condition which states **'You must work full-time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.'**

Prob 12A – page 2
Messiah Arrington

On September 8, 2021, Arrington advised the probation department that he was working for Alpha Cold Storage though Action Staffing. The client has failed to work at Alpha Storage since that date.

3     The offender has violated the standard supervision condition which states **'You must answer truthfully the questions asked by your probation officer.'**

On October 4, 2021, Arrington contacted the probation department and stated he was working Monday through Friday from 9:00am until 5:00pm at JFC Logistics though Action Staffing. Action Staffing advised this officer that since September 1, 2021, Arrington worked one day, September 14, 2021, at JFC Logistics.

U.S. Probation Officer Action:

No official Court action is recommended at this time. A copy of this letter will be provided to Mr. Arrington and will serve as an official written reprimand. He has been referred for a mental health evaluation and will also be referred for a substance abuse evaluation, and possibly treatment. Additionally, the probation office will refer Arrington to the New Jersey Reentry Corporation for assistance securing steady employment.

Prob 12A – page 3
Messiah Arrington

The probation office will confirm Arrington's participation with all the services outlined above and will closely monitor his progress. Any further noncompliance will be reported to Your Honor in a timely manner.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   KEVIN P. EGLI
Senior U.S. Probation Officer

/ kpe

APPROVED:

_____
LUIS R. GONZALEZ                Date
Supervising U.S. Probation Officer

Digitally signed by Luis R. Gonzalez
Date: 2021.10.04 16:33:42 -04'00'

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the probation office).

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

October 5, 2021
Date